135 F.3d 766
 Tyrone Reynolds, Floyd Newton, William Moore, William Sheriden
v.
Gerald McCann, Mayor of Jersey City, N.J., Fred Tomkins,
Business Administrator of Jersey City, Willie Flood, Joseph
Rakowski, Marilyn Roman, Vincent Signorile, Efran Rosario,
Daniel Waddleton, Members of City Council of Jersey City,
City Council of City of Jersey City, Police Officers
Benevolent Association of Jersey City, City of Jersey City
 NO. 97-5104
 United States Court of Appeals,
Third Circuit.
 Dec 11, 1997
 
 Appeal From: D.N.J. ,No.9204546 ,
 Ackerman, J.
 
 
 1
 Affirmed.